**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILLIAMSPORT)**

In Re: Duke Heating Oil Inc.

    **Debtor**    :

              :    Bankruptcy No. 10-08408-JJT

              :    Chapter 11

### REQUEST FOR NOTICES

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Joseph W. Kots, hereby requests that a copy of all notices and papers in this action be served at the agent's office at below captioned address.

Dated: October 18, 2010

    By: */s/Joseph W. Kots*
    Joseph W. Kots
    UC Tax Agent/Bankruptcy Representative
    Commonwealth of Pennsylvania
    Department of Labor and Industry
    Reading Bankruptcy & Compliance Unit
    625 Cherry Street - Room 203
    Reading, PA 19602-1184
    Telephone No.: (610) 378-4460
    Fax No.: (610) 378-4459
    E-mail: ra-li-ucts-BankHbg@state.pa.us

Case 4:10-bk-08408-JJT    Doc 11    Filed 10/18/10    Entered 10/18/10 14:37:29    Desc
Main Document    Page 1 of 1